UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CAROLYN WENDY HERZ, | ) | |
| | ) | No. 1:20-cv-01412-RLY-DLP |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) | |
| ROBERT RIFKIN, | ) | |
| EVAN GOODMAN, | ) | |
| MARC ROTHENBERG, | ) | |
| GERALD BEPKO, | ) | |
| HAL BROXMEYER, | ) | |
| INDIANAPOLIS HEBREW CONGREGATION, INC., | ) | |
| DENNIS SASSO, | ) | |
| SANDY SASSO, | ) | |
| LESLIE PAGE, | ) | |
| HILLARY CLINTON, | ) | |
| BILL CLINTON, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

The Court having this day made its Order directing the entry of final judgment, this action is dismissed with prejudice.

SO ORDERED this 28th day of May 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution by U.S. Mail to:

Carolyn Wendy Herz
3105 Lehigh Court
Indianapolis, IN 46268-1320

Distribution to electronically registered counsel via ECF