UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

**8:33 am, Aug 21, 2020**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

CAROLYN WENDY HERZ, Ph.D.,    )
                              )
              Plaintiff,      )
                              )
vs.                           )    Case no. 1:20-cv-01412-RLY-DLP
                              )
UNITED STATES DEPARTMENT OF   )
JUSTICE, EVAN GOODMAN, MARC   )
ROTHENBERG, GERALD BEPKO, DENNIS )
SASSO, LESLIE PAGE, and BILL CLINTON, )
                              )
              Defendants.     )

## AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES

1. Plaintiff brings a complaint for a longstanding pattern of racketeering and relentless harassment instigated by defendants, to exploit and humiliate plaintiff to appease and accommodate a violent drug trafficker who has characterized herself as evil and who has tried to kill plaintiff, and to whom defendants refer as Carolyn H. Srivastava, because the drug trafficker is extraordinarily adept at blackmail, forgery, harassment, and facile lying and therefore useful for acquisition of undeserved money and power, and to retaliate against plaintiff for expressing opposition to their malfeasance. Defendant are not good persons.

## I. JURISDICTION AND VENUE

2. This complaint is brought pursuant to Title 9 of the Organized Crime Control Act of 1970, as amended, 18 U.S.C. §§ 1961-1968; Religious Freedom Restoration Act, 42 U.S.C. § 2000bb *et seq*.; 42 U.S.C. §§ 1983 and 1985; *Constitution of the United States*; Unlawful wiretap, 18 U.S.C. § 2511; 28 U.S.C. § 2201; 28 U.S.C. § 1361; and Indiana state law claims.

3. Jurisdiction of federal district court is invoked pursuant to 28 U.S.C. §§ 1331, 1343 (a), 1367, and 2201; and 18 U.S.C. § 1964. There are U.S. government defendants.

4.  Venue is proper in the Southern District of Indiana pursuant to 28 U.S.C. §§ 94 (b) and 1391 (e), as a substantial part of the events giving rise to the claims occurred in this district, defendants have offices in Marion County, Indiana, and plaintiff resides in this district.

## II. PARTIES

5.  Plaintiff Carolyn Wendy Herz, Ph.D. is a single female Jewish citizen of Marion County, Indiana, where I (plaintiff) have resided since 1985. I am Caucasian, small in stature, five feet one inch tall, with brown eyes, and I weigh approximately 105 pounds. I have been characterized as very honest, strong, and responsible.

6.  Defendant United States Department of Justice (hereinafter, "USDOJ") purports to be the country's premier law enforcement agency, with formidable power to kill, damage property, spread disinformation, and destroy innocent lives in the name of public safety. USDOJ also represents the United States and its agencies and officers in civil litigation. One of USDOJ's arms is the Drug Enforcement Administration ("DEA"), which is responsible for regulating distribution of prescription controlled substances, including licensing physicians to prescribe them. USDOJ has maintained a longstanding policy of according unfair preferential treatment to defendants' violent drug trafficker, exploiting me to effectuate the policy. Manifesting a virulently pro-crime attitude, current U.S. Attorney General William Barr has promulgated an agenda of White "Christian" male supremacy and general government corruption.

7.  Defendant Evan Goodman, an extremely vindictive integral player in defendants' exploitation of me as a scapegoat for their violent drug trafficker, was a Marion County criminal court judge from approximately 1972 through December 2006, and a Marion Superior Court senior judge from 2007 through 2016, with enormous intimidation potential. His law license has been in retired status since August 2017. He is being sued for actions taken outside the scope of his employment and in the absence of both subject matter jurisdiction and personal jurisdiction over me, for perpetrating non-judicial acts.

8. Defendant Marc Rothenberg has, since January 2019, held a position as a Marion Superior Court Civil Division judge. He was a Marion Superior Court Criminal Division judge from 2009 through 2018, a Marion Superior Court magistrate/commissioner from 2003 through 2008, and a Marion County deputy prosecutor from 1998 to 2003. I have never met him or spoken with him, but he has claimed entitlement to abuse his government positions to disrupt my life. Perpetrating a practice of interfering in cases to which he is not assigned, he has acted outside the scope of his employment and in the absence of jurisdiction in perpetrating the offenses described in this complaint.

9. Defendant Gerald Bepko held the position of chancellor of IUPUI, includes the Indiana University School of Medicine ("IUSM"), where I was employed in academic positions from 1987 – 1996, and the Indiana University Robert H. McKinney School of Law ("McKinney Law"), from 1986 – 2002. He remains on the faculty of McKinney Law, but his license to practice has been in inactive/retired status since 1991. He brought defendants' violent drug trafficker to Indiana from out-of-state and showered her with prestigious employment positions, to encourage her to bully and abuse me.

10. Defendant Dennis Sasso, a money-worshipping immigrant from the Banana Republic of Panama, is the longtime rabbi of the congregation of which Marc Rothenberg is a member. He is not related to me in any way, but to exploit me, in concert with defendants' violent drug trafficker, he has claimed entitlement to meddle in and disrupt my life, imposing on me his primitive, un-American values. Cruel bullying, selfishness, and snobbishness are his specialties.

11. Defendant Leslie Page, who has a noticeable facial tic, owned and resided in the house next door to mine from 1996 through 2015, when she sold the home and relocated. She provoked conflicts and sought to incite violence by spreading false, extremely inflammatory gossip, terrorizing the neighborhood. She continues to surreptitiously interfere in my life.

12. Defendant Bill Clinton was President of the United States from 1993 – 2001. He used

the position of enormous power to exploit me to advance his selfish and delusional wife's unrealistic ambition to glorify herself as First Woman President. He and his wife are associates of Dennis Sasso.

### III. ALLEGATIONS IN SUPPORT OF COMPLAINT

13. Defendants view me as a particularly easy and desirable target to exploit because I am a single Jewish woman without family roots in Indiana; because I have expressed opposition to the malfeasance of government officials and private individuals holding positions of power; and because I am not wealthy. They have, for more than twenty years, maintained a campaign of vicious character assassination and government persecution against me, to interfere in and disrupt every aspect of my existence.

14. To facilitate this, defendants have concocted and spread as government-facilitated malicious gossip fabrications that I am a mentally ill criminal, a common ploy for demeaning women, and that I have perpetrated all sorts of misconduct. To promulgate their malicious myths, defendants recruit amoral women using aliases, including their violent drug trafficker, complete with fraudulent photo ID's, to relentlessly commit identity theft against me, engaging in bizarre and disruptive behavior in my name, so that I will receive the punishment for their misbehavior, and they receive undeserved benefits. Amoral persons falsely identify their identity thieves as me; and secretly testify falsely against me.

15. As part of their self-serving fabrications, defendants have concocted a fallacy that a "legal guardian" is designated to make all decisions for me. I do not have a so-called legal guardian, and no one other than I is authorized to act on my behalf.

### IV. STATEMENT OF LEGAL CLAIM

16. I (plaintiff) support the following claims by reference to the previous paragraphs of this complaint:

17. **Count I**. Racketeering pursuant to Title 9 of the Organized Crime Control Act of

1970, as amended, 18 U.S.C. §§ 1961-1968 ("RICO"): Defendants have, through a pattern of racketeering activity that has injured me in my property and business, formed and maintained an interest in and control of an enterprise within the meaning of 18 U.S.C. § 1961 (4) that engages in interstate commerce, which is prohibited by 18 U.S.C. § 1962 (b). The intent has been to use the tools of government and religious positions of power for corrupt purposes: to exploit and bully me to appease defendants' violent drug trafficker, and to misuse the courts to attack me for expressing opposition to government corruption and malfeasance within the Indiana Jewish establishment. The racketeering includes the following predicate offenses:

a. Fraud in connection with identification documents, 18 U.S.C. § 1028 (a)(1); retaliation against witness, 18 U.S.C. § 1513 (e); wire fraud: In March 1989, Evan Goodman, Dennis Sasso, and their violent drug trafficker, intentionally using my means of identification, name and driver's license number, without lawful authority, entered into Indiana Bureau of Motor Vehicles electronic records and maintain to this day, a false allegation that I was convicted on March 8, 1989 of "failure to obey signs or markings" on February 12, 1989 under case no. 49F14-8903-OV-025228. I never committed that violation, I was never charged with that violation, and the court has no record of that case. The intent was to smear my reputation with a false accusation, to oppress me because I am a Jewish woman, 18 U.S.C § 241. The intent in maintaining the record beyond the period designated by law was to retaliate against me for providing information about federal offenses committed by defendants and their accomplices to federal law enforcement.

b. Involuntary servitude, 18 U.S.C. §§ 1584 and 1590: As part of their slavery and exploitation agenda, in approximately 1989, in order to appease defendants' violent drug trafficker, Evan Goodman and Dennis Sasso prevented me from obtaining a well-paying job consistent with my training and ability, by placing agents of the potential employer in fear of harm to themselves and their families if they dared hire me.

c. Dealing in controlled substances; battery as class C felony (now level 5 felony); at-

tempted murder: During the period 1994 – 1995, defendants' violent drug trafficker secretly placed substances of abuse in my coffee in my IUSM workplace, with intent to cause me to become addicted, so the she could 1) control my behavior by giving or withholding drugs; 2) enrich herself by selling me drugs; and 3) ultimately cause my death.

d. Fraud in connection with identification documents pursuant to 18 U.S.C. § 1028 (a)(7): During the period 1994-1996, Gerald Bepko, Evan Goodman, Dennis Sasso, and their violent drug trafficker intentionally used my means of identification in interstate commerce without lawful authority to falsely allege to the National Institutes of Health ("NIH") that I committed research misconduct, and to give credit for my real, high quality research to undeserving others, with intent to commit theft of my intellectual property, to oppress me in the free exercise of my right to employment, 18 U.S.C. § 214; and to use threats of force to prevent me from participating in an activity receiving federal financial assistance, 18 U.S.C. § 245 (b)(1)(E). Research proposals that I submitted to the NIH that otherwise would have been funded were denied funding on the basis of the false defamatory information, thereby completely destroying my biomedical research career, for which I had spent many years in education and training.

e. Robbery: From November 1994 until March 1995 and from November 1995 until June 30, 1996 Gerald Bepko used IUPUI police to knowingly and intentionally took my contractual property interest in accessing IU research facilities as an IU faculty member by force.

f. Involuntary servitude, 18 U.S.C. §§ 1584 and 1590: As part of his slavery agenda, in 1994 and 1998, Bill Clinton appointed two corrupt and abusive judges to the U.S. District Court for the Southern District of Indiana (hereinafter, "Bill Clinton's judges"), with intent that they advance his wife's presidential ambitions by exploiting me as scapegoat for defendants' violent drug trafficker.

g. Involuntary servitude, 18 U.S.C. § 1584: From 1996 up to the present, Evan Goodman, Dennis Sasso, Gerald Bepko, USDOJ, Bill Clinton's judges, and Marc Rothenberg

have employed government power, along with malicious defamatory gossip, to prevent me from obtaining paid employment and from marrying, to serve as their unpaid slave and scapegoat.

h. Attempted murder: In November 1996 defendants' violent drug trafficker induced another driver to turn out of a driveway directly in front of me when I was driving down a major thoroughfare, such that I could not stop in time to avoid hitting the other vehicle, with intent that I hit the other vehicle and sustain serious bodily injury and significant damage to my car.

i. Obstruction of justice, 18 U.S.C. § 1503; mail fraud; wire fraud: During the period 1997 through 2020, Evan Goodman, Gerald Bepko, USDOJ, Marc Rothenberg, Dennis Sasso, Leslie Page, Bill Clinton, and their violent drug trafficker, in U.S. District Court for the Southern District of Indiana ("INSD") case nos. IP 97-704-C M/S, IP98-C-0242-H/G, IP 00-617-C Y/G, IP 01-744-C M/L, 1:02-cv-1385-LJM-WTL, 1:03-cv-421-JDT-WTL, 1:03-cv-952-DFH-TAB, 1:03-cv-406-LJM-WTL, 1:03-cv-805-JDT-VSS, 1:03-cv-1447-DFH-VSS, 1:04-cv-0810-SEB-WTL, 1:04-cv-0945-RLY-TAB, 1:06-cv-0131-LJM-VSS, 1:11-cv-00595-SEB-WGH, 1:11-cv-00909-WTL-DKL, 1:12-cv-01295-SEB-MJD, 1:12-cv-01309-SEB-DKL, 1:12-cv-01848-LJM-DML, 1:13-cv-00134-WTL-DKL, 1:13-cv-200-SEB-DML, 1:13-cv-717-JMS-DKL, 1:13-cv-890-TWP-DKL, 1:13-cv-01212-WTL-DML, 1:13-cv-01383-RLY-DML, 1:14-cv-496-WTL-DKL, 1:14-cv-2001-RLY-DKL, 1:15-cv-00434-RLY-DML, 1:15-cv-161-WTL-DML, 1:16-cv-876-SEB-TAB, 1:16-cv-1360-WTL-TAB, 1:16-cv-02868-JMS-DML, 1:17-cv-01102-SEB-TAB, 1:17-cv-01640-SEB-TAB, 1:18-cv-00001-WTL-MJD, 1:18-cv-00347-TWP-DLP, 1:18-cv-02817-JMS-DML, 1:18-cv-03447-TWP-DLP, 1:18-cv-03619-JRS-MPB, 1:19-cv-00023-JMS-DLP, 1:19-cv-01661-JPH-TAB, 1:19-cv-03930-JMS-TAB, 1:19-cv-03999-SEB-TAB, 1:19-cv-04305-SEB-MPB, 1:19-cv-04810-JMS-TAB, and 1:20-cv-00017-JRS-TAB, corruptly impeded the due administration of justice by substituting poor quality forgeries for my real complaints and other filings, and by intimidating court clerks to give their poor quality forgeries to judges in place of my real filings, thereby manufacturing false evidence with intent to procure void deci-

sions adverse to me based on the deceptions, which were sent to me via U.S. mail and communicated electronically in interstate commerce. The foregoing was also intended to defraud me out of any hearing of my meritorious claims in my cases, for which I had paid filing fees. Due to defendants' malfeasance, I have never received a full and fair hearing of any of my claims in INSD. Not one.

j. Obstruction of justice, 18 U.S.C. § 1503; mail fraud; wire fraud: During the period 2000 through 2011, Evan Goodman, Dennis Sasso, Gerald Bepko, and USDOJ, in U.S. Court of Appeals for the Seventh Circuit case numbers 00-3589/00-3887, 03-2202, 04-3791, 04-3999, 10-2915, and 11-2817, corruptly impeded the due administration of justice by substituting poor quality forgeries, sent electronically and by U.S. mail, for my real complaints, appellate briefs and other filings, and by intimidating court clerks to give their poor quality forgeries to judges in place of my real filings, thereby manufacturing false evidence with intent to procure void decisions adverse to me based on the deceptions, and which were sent to me via U.S. mail and communicated electronically in interstate commerce. The foregoing was also intended to defraud me out of a fair hearing of my cases, for which I had paid filing fees.

k. Involuntary servitude, 18 U.S.C. §§ 1584 and 1590; fraud in connection with identification information, 18 U.S.C. § 1028 (a)(7):As part of their slavery agenda, Gerald Bepko, Evan Goodman, Dennis Sasso, and Marc Rothenberg induced personnel at McKinney Law to send my means of identification through the mail for an unlawful purpose via letters dated August 31, 2001 April 17, 2002, and March 14, 2005 denying me admission to McKinney Law based on their violent drug trafficker's disruptive behavior and lack of qualifications, and not based on any fair evaluation of me by the Admissions Committee. The intent has been to retaliate against me for exercising my First Amendment right to speak out against government malfeasance, 18 U.S.C. § 241; prevent me from enrolling in a public law school because I am Jewish, 18 U.S.C. § 245 (b)(2); commit mail fraud using my address, 18 U.S.C. § 1342; and commit the

Indiana felonies of theft of my application fees and identity, and criminal gang activity.

l. Mail Fraud, 18 U.S.C. § 1341: Evan Goodman, Dennis Sasso, Gerald Bepko, and Marc Rothenberg, having devised a scheme to defraud me of my money through extra application fees, in response to my applications for admission to McKinney Law, induced McKinney Law personnel to send letters to me dated August 31, 2001 and April 17, 2002, denying me admission but inviting me to reapply, thereby conveying the false message that if I reapplied I would be admitted. I did re-apply in response to those letters, for admission in 2005 and was denied admission, via a letter dated March 14, 2005, which also fraudulently invited me to re-apply. I also applied and was not admitted in 2006.

m. Misuse of identification information, 18 U.S.C. § 1028: Evan Goodman, Marc Rothenberg, Gerald Bepko, and their violent drug trafficker had laboratory personnel, in collaboration with their violent drug trafficker, took samples of my blood that I had donated for what I was told were legitimate experiments and used them to create falsified DNA analyses and falsified alleged official documents and transmitted them electronically in interstate commerce, to enable their violent drug trafficker to falsely claim to be me, to exert unauthorized control over my identity, my property, my relations with my family members, and my family's property, with intent to deprive me of their use and value, thereby knowingly possessing and transferring my means of identification with intent to commit forgery, identity deception and theft of my blood.

n. Tampering with witness, 18 U.S.C. § 1512 (a)(2)(C); kidnapping; robbery: During the period February 1999 through 2004, Evan Goodman, Gerald Bepko, USDOJ, Marc Rothenberg, and Bill Clinton's judges, employing concealed forged documents, perjuring witnesses, and falsification of court records, had their identity thieves commit offenses in my name, thereby intentionally manufacturing false evidence, which they used as an excuse to procure frivolous, vexatious, due-process-free criminal "prosecutions" and protective orders, with intent to deprive me of livelihood, subject me to forced confinement for ransom, take my car by force while

armed with a deadly weapon, destroy my reputation and life, and threaten me with bodily injury. The intent was also to frighten me away from providing information about possible federal offenses committed by defendants and their accomplices to federal law enforcement., and to force me to convert to Christianity. The vexatious litigation was assigned case nos. 49F16-9902-DF-5481 a/k/a 49G21-9902-DF-025481; 49F16-0104-CM-085681; 49F10-0109-CM-177193 a/k/a 49F19-0109-CM-177193 a/k/a 49F07-0109-CM-177193; and 49F17-0003-PO-000415 a/k/a 49G21-0402-PO-427 (a/k/a due to transfers of cases from one courtroom to another). This also constituted violations of the Violence Against Women Act, 34 U.S.C. § 12361, defendants' physically abusing me because I am a single woman whom they considered to be a vulnerable target.

o. Misuse of identification information, 18 U.S.C. § 1028: Evan Goodman, Marc Rothenberg, and USDOJ employed the bogus prosecutions described in foregoing ¶ 17n as a means to unlawfully acquire my social security number and date of birth and to knowingly place them in public records accessible to any member of the general public and transmitted electronically in interstates commerce and by U.S. mail, with additional intent to facilitate identity theft by sharing the sensitive, confidential identification information with their violent drug trafficker and other identity thieves, to meddle in my financial affairs and medical treatment.

p. Mail fraud; wire fraud: During the period 2000 through 2020, in Marion Superior Court case nos. 49D03-9203-DR-0436, 49D03-0004-CT-000580, 49D06-0011-CP-001662, 49D01-0301-CT-000143, 49D13-0301-CT-000178, 49D06-0304-PL-000708, 49D06-0308-PL-001535, 49D06-0309-PL-001592, 49D02-0411-CT-002095, 49D01-0412-PL-002315, 49D03-0501-PL-002988, 49D01-0506-PL-021605, 49D06-1304-CT-01405, 49D03-1401-CT-000437, 49D04-1411-CT-038000, 49D02-1412-CT-039726, 49D06-1304-CT-014053, 49D06-1412-CT-040938, 49D14-1501-CT-003126, 49D11-1712-CT-045468, 49D11-1806-CT-025737, 49D03-1807-CT-026576, 49D11-1902-CT-005425, 49D13-1906-CT-026047, 49D12-1907-CT-029129,

and 49D13-2001-CT-001219, Evan Goodman, Dennis Sasso, Gerald Bepko, Leslie Page, Bill Clinton's judges, and their violent drug trafficker, in the absence of both subject matter jurisdiction over the cases and personal jurisdiction over me, having devised a scheme to defraud me of my filing fees, substituted forged, poor quality complaints and other filings that purported to have been drafted and signed by me but were not authorized by me for my real filings, induced judges to conduct *ex parte* conferences with their violent drug trafficker and other identity thieves impersonating me, and intimidated clerks into falsifying court records, thereby manufacturing false evidence to procure entry of void judgments, some of which were forged and not authorized by the judges to whom they are attributed. They sent their fraudulent documents by U.S. mail and electronically in interstate commerce.

q. Obstruction of justice, 18 U.S.C. §§ 1512 and 1513; wire fraud; mail fraud; robbery: Through transactions completed on or about December 12, 2002, June 13, 2003, June 19, 2003, July 9, 2003, and July 18, 2005, Evan Goodman, Gerald Bepko, Dennis Sasso, Bill Clinton's judges, and their violent drug trafficker, having devised a scheme to steal my money, to force me to pay restitution for money they and their violent drug trafficker had embezzled from IU and elsewhere, using my means of identification that they had stolen, effected the transfer of more than $70,000.00 out of my financial account to other accounts, by placing my financial advisor in fear of harm to himself and his family. They sent communications by U.S. mail falsely alleging that I had authorized the transactions. Their intent was also to use the theft to retaliate against me for providing evidence to courts of federal offenses committed by them, and to intimidate me from providing additional such evidence.

r. Mail fraud; wire fraud; robbery: During the period 2002 – 2005, Evan Goodman, Dennis Sasso, and their violent drug trafficker, having devised a scheme to defraud me of my filing fees and additional money using a pretext of "attorney fees and costs" in Indiana Court of Appeals case nos. 49A02-0112-CV-883, 49A02-0201-CR-1, 49A02-0204-CR-278, and 49A02-

0305-CV-00456; and Indiana Supreme Court case no. 49S00-0401-OR-36, substituted poor qual-ity alleged briefs and other filings to which they applied my name and a facsimile of my signa-ture, but which were not authorized by me, for my real briefs, thereby manufacturing false evi-dence to have the cases summarily dismissed with extremely libelous "opinions" based on their own misconduct, with some alleged opinions likely forged by their violent drug trafficker.

s. Mail fraud; wire fraud: During the period September 2008 through October 20, 2011, as part of Boone County, Indiana case numbers 06C01-0809-PL-840 and 06D02-1110-PL-0164, Evan Goodman, USDOJ, Gerald Bepko, Leslie Page, and their violent drug trafficker, hav-ing devised a scheme to defraud me of my filing fees and right to litigate my claims, submitted poor quality alleged complaints to Boone Circuit and Superior Courts that purported to have been drafted and signed by me, but which were not authorized by me, to substitute them for my real filings, and to have their identity thieves appear in *ex parte* hearings to engage in bizarre be-havior in my name, thereby manufacturing false evidence to procure denials of my motions and void dismissals of the cases containing libelous allegations about me based on their deceptions, and also dismissal of case no. 06D02-1110-PL-0164 that purported to have been authorized by the judge hearing the case, but which was not authorized by the judge, and have them sent by U.S. mail and electronically in interstate commerce.

t. Obstruction of justice, 18 U.S.C. § 1503; mail fraud; wire fraud: During the period December 2009 through January 2018, in U.S. District Court for the Northern District of Indiana case nos. 2:10-cv-00053-PPS-PRC, 2:11-cv-00058 a/k/a 2:11-mc-00025-PPS, 4:17-cv-00066-JVB-APR, and 4:17-cv-00090-JVB-JEM, Evan Goodman, USDOJ, Marc Rothenberg, Gerald Bepko, Leslie Page, Bill Clinton, Bill Clinton's judges, and Dennis Sasso corruptly impeded the due administration of justice by substituting poor quality forgeries, sent electronically and by U.S. mail, for my real complaints and other filings, procuring *ex parte* hearings with identity thieves impersonating me to perpetrate disruptive behavior in my name, and employing forged

documents to have clerks enter records of void judgments adverse to me based on the deceptions. The foregoing was also intended to defraud me out of a fair hearing of the cases, for which I had paid filing fees.

u. Kidnapping; obstruction of justice, 18 U.S.C. § 1513; attempted murder: On July 26, 2010, Evan Goodman, Marc Rothenberg, Leslie Page, and Dennis Sasso misused government police to violently seize me from my home where I was sitting peacefully alone, minding my own business, and to use threats to subject me to forcible involuntary confinement in an in-patient mental health center for two days, to torture me in an ice-cold environment; to forcibly batter me with a dangerous drug with well-documented, potentially permanent, debilitating side-effects and which increased my blood pressure to dangerous levels; to concoct fantastical "diagnoses" of mental illness; and to try to force me to pay ransom for my release. The use of force against me was intended to retaliate against me for providing information to federal law enforcement officers about possible commission of federal offenses by defendants.

v. Obstruction of justice, 18 U.S.C. § 1503; mail fraud; wire fraud: On or about April 11, 2011, Evan Goodman, USDOJ, Dennis Sasso, Bill Clinton's judges, and defendants' violent drug trafficker, in U.S. District Court for the Northern District of Illinois ("ILND") case no. 1:11-cv-2116, substituted a forged, poor quality complaint for my real one and participated in an *ex parte* hearing with one of their identity thieves impersonating me, to have her engage in bizarre behavior in my name and agree to dismissal of the case on my behalf, thereby manufacturing false evidence, which was sent electronically in interstate commerce and through the U.S. mail, thereby corruptly impeding the due administration of justice and defrauding me of my filing fee.

w. Obstruction of justice, retaliation against informant, 18 U.S.C. §§ 1503 and 1513 (b) and (e); mail fraud; wire fraud: On April 14, 2011, Evan Goodman, USDOJ, Bill Clinton's judges, and Dennis Sasso conducted a secret *ex parte* meeting, with one of their identity thieves

impersonating me, thereby manufacturing false evidence as an excuse to procure the institution of frivolous litigation, ILND case no. 1:11-cv-2489. They then induced clerks to send to my home a document containing a void "injunction" ordering me to refrain from commencing litigation in that court, threatening that they would use physical force against me if I did not comply with their demands, thereby corruptly and through threats impeding the due administration of justice.

x. Wire fraud; mail fraud: During the period August 2 - 5, 2011, Evan Goodman, Dennis Sasso, Bill Clinton's judges, and their violent drug trafficker, having devised a scheme to defraud me out of the filing fee that I paid, unlawfully procured the summary dismissal of Monroe Circuit Court case no. 53C01-1107-PL-001424 by substituting a poor quality alleged complaint that purported to have been drafted and signed by me, but was not authorized by me, for my real complaint, and intimidating the judge and court staff, to enter into court electronic records and send to me by U.S. mail a summary dismissal of the case, purportedly based on my filings and actions, but which was really based on their own misconduct committed in my name. They subsequently created a fraudulent electronic record falsely claiming that I had not paid the filing fee in full.

y. Mail fraud; wire fraud: On or about June 6-7, 2012 and April 1, 2013, Evan Goodman, Dennis Sasso, Leslie Page, Bill Clinton's judges, and their violent drug trafficker, having devised a scheme to defraud me out of the filing fees that I had paid, entered into court electronic records and sent to me by U.S. mail forged purported dismissals of Tippecanoe Superior Court case numbers 79D02-1205-PL-00015 and 79D02-1303-PL-00009, respectively, falsely accusing me of offenses that they had committed and based on their frauds upon the court, and falsely portraying the dismissals as having been authorized by the judge hearing the case, but which were not authorized by the judge.

z. Conspiracy to commit robbery and kidnapping; wire fraud; mail fraud: With intent

14

to defraud me of my money, and to take my money by placing me in fear, Evan Goodman, Dennis Sasso, Bill Clinton's judges, and their violent drug trafficker cannibalized case no. 53C01-1107-PL-1424 to transmit electronically in interstate commerce and by U.S. mail false allegations that I owe some attorneys $9,893.63. In furtherance of this scheme, they induced court personnel to send to me via U.S. mail violent alleged "orders" and "writ of body attachment" dated February 21, 2013, April 5, 2013, October 28, 2013, and February 24, 2017 threatening to criminally confine me and to commit acts of physical violence against me, to force me to pay debts incurred by their violent drug trafficker.

aa. Mail fraud; wire fraud: On or about April 8, 2013, May 7, 2013, and September 12, 2013, Evan Goodman, Dennis Sasso, and their violent drug trafficker, having devised a scheme to defraud me of the filing fee I had paid, entered into court electronic records and sent to me by U.S. mail purported dismissals of Tippecanoe Superior Court case number 79D02-1304-CT-00008 falsely accusing me of offenses that they had committed, to have the case summarily dismissed, and to falsely portray the dismissal as having been authorized by the judge assigned to the case, but which was not authorized by him. They also induced the clerk to refrain from serving defendants with process.

bb. Fraud in connection with identification documents, 18 U.S.C. § 1028 (7): During the period 2014 through 2016, Evan Goodman, Dennis Sasso, and defendants' violent drug trafficker used my means of identification without lawful authority, to create and transfer electronically in interstate commerce false identification documents purporting to refer to me, to allow one or more of their identity thieves to obtain medical treatments using my federally-subsidized health insurance through the Patient Protection and Affordable Care Act and Medicare, to obtain by false representations, healthcare benefits, 18 U.S.C. §§ 1001, 1035, and 1347 and to force me to pay out-of-pocket costs for what they caused to become duplicate services. They thereby committed the Indiana felony of theft.

cc. Wire fraud; mail fraud: In order to defraud me of my filing fees and my legal right to litigate my meritorious claims, on or about November 29, 2017, Evan Goodman, Dennis Sasso, and their violent drug trafficker, procured the creation and distribution of an egregiously unconstitutional alleged "order" in Tippecanoe Circuit Court case no. 79C01-1707-CT-000118 purporting to have been authored by then judge of the court, but which was not authored or authorized by him, and purporting to have been based on my filings but which was really based on nonsensical drivel forged by defendants, thereby manufacturing false evidence, to procure summary dismissal of the case and imposition of outrageous restrictions on me intended to unlawfully benefit them at my expense. They have used it as an unlawful excuse to have my cases in other courts summarily dismissed.

dd. Attempted murder: On July 9, 2019, when I was driving in moderate traffic, defendants' violent drug trafficker induced a driver to suddenly change lanes directly in front of me, such that if I had not instantly applied my breaks, there would have been a serious collision, potentially causing my death.

ee. Involuntary servitude, 18 U.S.C. §§ 1584 and 1590: As part of their slavery agenda, defendants, using their violent drug trafficker, have prevented me from marrying by placing eligible men in fear for their very lives, with intent that they avoid me, against their will. Defendants' intent is to force me into a homosexual relationship with their violent drug trafficker against my will, as I am heterosexual, and I do not want defendants' violent drug trafficker in my life for any reason whatsoever.

ff. Dealing in controlled substances: Evan Goodman, USDOJ, Dennis Sasso, and Marc Rothenberg are currently using government and "religious" power to force an invasive out-of-state drug-dealing business masquerading as an in-patient addiction recovery center into 8530 Township Line Road, Indianapolis, Indiana, less than one mile from my home and family neighborhood, to provide customers and a vacation retreat for their violent drug trafficker, and to bring

in violent criminals and deadly COVID-19. The invading business, Recovery Centers of America Holdings, LLC ("RCA"), which has allowed patient deaths in its existing facilities, will decrease the value of my property, render my home nearly impossible to sell, and make my grocery shopping dangerous. Defendants intimidate local land use decisionmakers, businesses, and homeowners' association boards to refrain from opposing this deleterious development.

gg. Theft and transport of stolen goods, 18 U.S.C. §§ 2314 and 2315; depredation of government property pursuant to 18 U.S.C. §1361 as part of 18 U.S.C. § 2332b(g)(5)(B): William Barr is currently collaborating with a conflicted and greedy Postmaster General to damage and steal United States Post Office assets, including mailboxes and mail sorting machines, and move them across state lines, with intent to benefit the Postmaster General's private businesses, to the detriment of the public.

18. Pursuant to 18 U.S.C. § 1961 (5), the statutes of limitations for filing a claim under RICO are ten years between predicate offenses and ten years after the most recent predicate offense alleged.

19. **Count II**. Unlawful wiretap; violation of the Fourth Amendment to the *Constitution of the United States*; violation of civil rights under 42 U.S.C. § 1983; invasion of privacy: From at least 1999 up to the present, in order to spy on me with intent to maliciously disrupt all of my personal and business relationships, USDOJ, Evan Goodman, Marc Rothenberg, and Bill Clinton's judges have abused government and "religious" power to procure the unlawful interception of my telephone and email accounts, induce my neighbors to videotape everyone who visits my home, and unlawfully monitor communications made within the privacy of my home, and have shared the contents of the interceptions and videotapes with their violent drug trafficker and other private accomplices, with intent to allow them to interfere in and disrupt my life. Defendants have also used the illegally obtained information to recruit accomplices to go to meetings, stores, the streets and sidewalks of my own neighborhood, etc., where they know I will go, to try to in-

fect me with the deadly COVID-19 virus, and also to stalk me and to try to accuse me of stalking for merely going about my daily activities, to frighten me away from doing anything other than sitting in my house alone.

20. **Count III**. Violation of Religious Freedom Restoration Act, 42 U.S.C. § 2000bb *et seq*.; 42 U.S.C. § 1983; and the First Amendment to the *Constitution of the United States*: For more than twenty years, Bill Clinton's judges, Marc Rothenberg, Evan Goodman, and USDOJ have employed Big Oppressive Government terrorism to arbitrarily and capriciously prevent me from participating in Jewish community worship, including virtually, not for any legitimate government reason, but rather to bully and abuse me and appease their violent drug trafficker, and to establish Christianity as the official government religion.

21. **Count IV**. Conspiracy to interfere with civil rights, 42 U.S.C. § 1985: William Barr, the Postmaster General, and others, using their powerful government positions as cover, plan to prevent by force, intimidation, and threat, lawfully qualified persons from voting for electors for President and Vice President and members of Congress, using heavily armed federal goons in camouflage and riot gear and denial of access to the United States mail to force people to vote in person, with intent that their preferred candidates will "win" by cheating.

### V. PRAYER FOR RELIEF

22.  Based on the foregoing, plaintiff respectfully prays that this Court order the following relief:

23. Order all defendants to stop committing identity theft against me.

24. Order Marc Rothenberg, Evan Goodman, and Dennis Sasso to STAY OUT of my life, and keep their violent drug trafficker out of my life.

25. Order defendants to refrain from forcing in any commercial so-called addiction treatment facility at 8530 Township Line Road, Indianapolis, Indiana.

26. Order defendants to produce for me all documents purporting to have been drafted by

me, plaintiff, relating to any of the court cases referenced in this complaint. Documents include but are not limited to all paper documents whether formal court documents, notes or any other writings on paper, emails, text messages, and documents submitted to courts in electronic format, whether concealed or in the public record.

27. Order defendants to produce all images and audio recordings in their possession purporting to be of me, plaintiff, including but not limited to videos, audio recordings, and photographs, both on paper and electronic, and maintained on any device.

28. Order all defendants to have their unconstitutional, libelous, and frivolous "restricted filer" status pertaining to me removed from all court records, and stop recruiting identity thieves to take legal actions purporting to be on my behalf.

29. Order Evan Goodman, USDOJ, and Marc Rothenberg to completely delete and erase all records of their bogus criminal, ordinance violation, and protective order actions against me, and ensure that the Indiana State Police, Indiana Bureau of Motor Vehicles, and federal databases are updated to reflect the corrections, and to correct all other erroneous court records pertaining to me, plaintiff.

30. Order Evan Goodman and Dennis Sasso to pay the alleged attorney fees purportedly assessed in cannibalized case no. 53C01-1107-PL-001424.

31. Order USDOJ to do its job to prosecute those who are committing federal criminal offenses against me, so that I may enjoy the amenities of life as a law-abiding citizen.

32. Order USDOJ to do its job to ensure all voters may vote safely, without fear, and without unlawful impediments in the November 2020 general election.

33. That the Court award me compensatory damages, treble damages as allowed by law, and/or punitive damages, and costs of this litigation.

34. Order such additional relief as the Court may deem just and proper.

## VI. AFFIRMATION OF PLAINTIFF

I, the plaintiff in this cause, do affirm that all of the statements in this complaint are, to the best of my personal knowledge and belief, true and correct.

August 20, 2020

Dated _____

Respectfully submitted,

Carolyn Wendy Herz, Plaintiff *pro se*
3105 Lehigh Court
Indianapolis, IN 46268-1320
Tel. (317) 876-0421
cwherz4802@gmail.com